UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_____ DIVISION

IN RE:   **00-8037 CR-~~HURLEY~~**

~~MAGISTRATE JUDGE JOHNSON~~

FEDERAL GRAND JURY 99-01-125(WPB)

_____/

### MOTION TO SEAL

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests this Honorable Court to seal this Indictment with the exception of a copy of the Warrant for Arrest to be provided to the U.S. Marshals Service relative to the above captioned matter until such time as the defendant is arrested or further order of the Court.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: /s/ Bruce Reinhart
BRUCE E. REINHART
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500285
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401
Tel: (561) 820-8711
Fax: (561) 820-8777