UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-8037** CR - HURLEY

18 USC §2252A(a)(1)
18 USC §2252A(a)(5)(B)

MAGISTRATE JUDGE
JOHNSON

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

THOMAS PEARL

        Defendant.

_____/

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNTS 1 - 9

On or about March 11, 1999, at the approximate times specified below, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**THOMAS PEARL,**

did knowingly transport or ship in interstate commerce by computer child pornography, as defined in Title 18, United States Code, Section 2256(8), that is, a visual depiction of a minor or a person who appears to be a minor, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2):

| COUNT | TIME | ELECTRONIC MAIL SUBJECT HEADING | DESCRIPTION |
|---|---|---|---|
| 1 | 10:24 p.m. | For RN Fills II-n-3f18 | A visual depiction of an adult male engaged in oral-genital sexual intercourse upon a minor female |
| 2 | 10:28 p.m. | For RN Fills ll-n3f19 | A visual depiction of the lascivious exhibition of the genitals of an adult male and a minor female |
| 3 | 10:32 p.m. | For RN Fills ll-n3sf21 | A visual depiction of a minor female engaged in oral-genital sexual intercourse upon an adult male |
| 4 | 10:35 p.m. | For RN II-n3f23 | A visual depiction of an adult male engaged in anal-genital sexual intercourse upon a minor female |
| 5 | 10:46 p.m. | Another II series Aby Fills ll-n1-15 | A visual depiction of a minor female engaged in oral-genital sexual intercourse upon an adult male |
| 6 | 10:50 p.m. | Another II series ll-n1-21 | A visual depiction of a minor female engaged in oral-genital sexual intercourse upon an adult male |
| 7 | 10:54 p.m. | Another II series Any Fills ll-n1-22 | A visual depiction of an adult male engaged in oral-genital sexual intercourse upon a minor female |
| 8 | 10:55 p.m. | Another II series Any Fills? ll-n1-23 | A visual depiction of an adult male engaged in oral-anal sexual intercourse upon a minor female |

2

| COUNT | TIME | ELECTRONIC MAIL SUBJECT HEADING | DESCRIPTION |
|-------|------|--------------------------------|-------------|
| 9 | 10:56 p.m. | Another II series Any Fills? 11-n1-25 | A visual depiction of a minor female masturbating an adult male, and the lascivious exhibition of the genitals of the minor female |

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT 10

On or about February 7, 2000, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**THOMAS PEARL,**

did knowingly possess a computer disk, that is, a Samsung VG38404A hard drive, that contained three (3) or more images of child pornography that had been transported and shipped in interstate commerce by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT 11

On or about February 7, 2000, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**THOMAS PEARL,**

did knowingly possess a computer disk or any other material, that is, a Western Digital 28400 hard drive, that contained three (3) or more images of child pornography that had been transported and

3

shipped in interstate commerce by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT 12

On or about February 7, 2000, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**THOMAS PEARL,**

did knowingly possess a computer disk, that is, a Seagate ST32122A hard dive, that contained three (3) or more images of child pornography that had been transported and shipped in interstate commerce by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL:

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
BRUCE E. REINHART
ASSISTANT UNITED STATES ATTORNEY

4

THOMAS PEARL

---

DEFENDANT

$100,000 Personal Surety Bond is recommended as to defendant.

BRUCE E. REINHART
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CR HURLEY

00-8037

UNITED STATES OF AMERICA

v.

THOMAS PEARL

**Court Division:** (Select One)

___ Miami ___ Key West
___ FTL _X_ WPB ___ FTP

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

MAGISTRATE JUDGE
VITUNAC

New Defendant(s)          Yes ___    No ___
Number of New Defendants          ___
Total number of counts          ___

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:          (Yes or No) _No_____
      List language and/or dialect _____

4.    This case will take _3-4_ days for the parties to try.

5.    Please check appropriate category and type of offense listed below:
      (Check only one)                                        (Check only one)

| I | 0 to 5 days | _X_ | Petty | ___ |
|---|---|---|---|---|
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _X_ |
| V | 61 days and over | ___ | | |

6.    Has this case been previously filed in this District Court? (Yes or No) _No__
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter?(Yes or No) _No_____
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No) _No_____

7.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No  If yes, was it pending in the Central Region? ___ Yes _X_ No

_Bruce Reinhart_ _____
BRUCE E. REINHART
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500285

*Penalty Sheet(s) attached

REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant Name: <u>THOMAS PEARL</u>

Case No.: **00-8037** CR - HURLEY

---

Counts #1-9:

Max. Penalty:

<u>15 Years Imprisonment -   $250,000 Dollar Fine</u>

========================================================

Counts #10-12:

Max. Penalty:

<u>5 Years Imprisonment - $250,000 Dollar Fine</u>

========================================================

Count #:

Max. Penalty:

========================================================

Count #:

Max. Penalty:

========================================================

Count #:

Max. Penalty:

========================================================

*This is merely a preliminary estimate of the maximum possible incarceration. It does not include any other possible consequences including but not limited to fine, special assessment, restitution, special parole, probation, supervised release, etc.