# United States District Court

DISTRICT Southern District of Florida

| UNITED STATES OF AMERICA v. Thomas Pearl | DOCKET NO. 00-8037 CR-HURLEY |
|---|---|
| MAGISTRATE JUDGE JOHNSON | MAGISTRATE CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL Thomas Pearl 11 The Point Apt. 1233 West Palm Beach, FL 33340 DOB: 03/23/59   SSN: 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 W/M |

WARRANT ISSUED ON THE BASIS OF:
☐ Order of Court
X Indictment ☐ Information ☐ Complaint

TO:
United States Marshals Service or any other authorized representative

DISTRICT OF ARREST

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Transportation or shipment by computer of child pornography

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 2252A(a)(1) |
|---|---|---|

BAIL FIXED BY COURT: none - detain

OTHER CONDITIONS OF RELEASE:

ORDERED BY
ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

SIGNATURE (JUDGE/U.S. MAGISTRATE)

DATE 3/23/2000

CLERK OF COURT
CLARENCE MADDOX

(BY) DEPUTY CLERK
Sandra Acevedo

DATE ISSUED
3-23-2000

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

[1] United States Judge or Judge of a State Court of Record