# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 3/31/00    TIME: 10:00 AM

DEFT. THOMAS PEARL 🗹 (Surrender)    CASE NO. 00-8037-CR-HURLEY

Lothrop Morris.

AUSA. BRUCE REINHART    ATTY. Robert Gershman filed perm.

AGENT. RUIZ de GAMBOA - FBI    CHILD PORNOGRAPHY
VIOL. 18:2252A(a)(1)

PROCEEDING INITIAL    BOND. PTD (GOVT REQ)

DISPOSITION Defendant advised of rights. Indictment is hereby unsealed. Bond set @ $100,000 PSB, Restricted to S.D./Fla Maintain gainful employment, Passport to be in custody of defense counsel. No contact with minor children, verbally, physically or pictures by transmitting and possessing pornographic material. Not to voluntarily place himself in places where children frequent such as entertaining and educational places that attract children, Girlfriend is to made aware of Indictment in details. Avoid internet sites such as the ones that got him Indicted. Report to PTS 1X wk by phone.

Reading of Indictment Waived
Not Guilty plea entered
~~trial demanded~~
~~Discovery Order Requested.~~

Deft arraigned

Status Conf 5/1/00 @ 10 am

DATE: 3/31/00.    TAPE: LRJ-00- 26-1804.