UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE # 00-8037-CR-Hurley

VS.                                REPORT COMMENCING CRIMINAL ACTION

THOMAS PEARL                       PRISONER # 53774-004

*********************************************************************
TO CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI     FT. LAUDERDALE    (WEST PALM BEACH)    FT. PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
*********************************************************************

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST: SURRENDERED 3/31/00 / 1000A

2) LANGUAGE(S) SPOKEN: ENGLISH

3) OFFENSE(S) CHARGED: TRANS. BY COMPUTER CHILD PORN

4) U.S. CITIZEN [X] YES  [ ] NO  [ ] UNKNOWN

5) DATE OF BIRTH: 3/23/59

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [X] INDICTMENT         [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   CASE # _____
   ORIGINATING DISTRICT: S/FL
   COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES  [ ] NO

7) AMOUNT OF BOND: 100,000 P/S    WHO SET BOND: JOHNSON

8) ARRESTING AGENT: FBI           DATE: 3/31/00

9) AGENCY USMS                    PHONE: 561 655 1827

10) REMARKS:

PA
13