IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 00-8037 CR Hurley

vs.

THOMAS PEARL,

    Defendant.
_____/

### AGREED MOTION CANCELING STATUS CONFERENCE

COMES NOW, Robert S. Gershman, Esquire, attorney for Defendant, THOMAS PEARL, and respectfully requests this Court to cancel the presently scheduled May 1, 2000 Status Conference, and would state:

1. This matter is presently scheduled for Status Conference before Judge Hurley, on Monday, May 8, 2000, at 9:00 a.m.

2. The parties are able to resolve pretrial matters prior to the scheduled Status Conference on May 1, 2000.

3. The undersigned has contacted the Assistant United States Attorney responsible for this matter, Bruce Reinhart, Esquire, AUSA. Mr. Reinhart has no objection to the Court canceling the May 1, 2000 Conference.



I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, via U.S. Mail, this 26th day of April, 2000, to: Bruce Reinhart, Esquire, AUSA, 701 Clematis Street, West Palm Beach, FL 33401.

> GERSHMAN & GOLDSTEIN, P.A.
> 1675 Palm Beach Lakes Boulevard, 7th Floor
> West Palm Beach, FL 33401
> (561) 684-8898 (phone)
> (561) 684-8820 (fax)
>
> _____
> ROBERT S. GERSHMAN
> Fla. Bar No. 917397