PS 10 (4/92)

# United States District Court

for

SOUTHERN DISTRICT OF FLORIDA - WEST PALM BEACH

U.S.A. vs: **THOMAS PEARL**                Docket No. 00-8037-CR-HURLEY

TO: [1] Any United States Marshal or any other authorized officer.

FILED by _____ D.C.
JUL 12 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**WARRANT FOR ARREST OF DEFENDANT**

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer this Bench warrant on the charge of failure to appear

| NAME OF DEFENDANT | SEX | RACE | DOB | AGE |
|---|---|---|---|---|
| THOMAS PEARL | M | W | 03/23/1959 | 41 |

**ADDRESS (STREET, CITY, STATE)**
1233 The Pointe Drive, West Palm Beach, FL  33409

| BOND CONDITIONS IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| None. | N/A |

**TO BE BROUGHT BEFORE (NAME AND COURT, CITY, STATE)**
Daniel T. K. Hurley, United States District Judge, West Palm Beach, Florida  33401

**BOND SET AT:** None

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| CLARENCE MADDOX | _Nene Rivera_ | 7-12-00 |

**RETURN OF SERVICE**

| Warrant (received /executed ) | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| | | |

Executing Agency (Name and Address)
(NAME)

(ADDRESS)

(executed by:)                                                     (date)

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."