## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 00-8037-CR-HURLEY

UNITED STATES OF AMERICA

      Plaintiff,

vs.

THOMAS PEARL

      Defendant.

_____/

FILED by _____ D.C.

JUL 1 2 2000

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER REVOKING PRETRIAL RELEASE AND ORDERING THE UNITED STATES MARSHALS SERVICE TO TAKE DEFENDANT INTO CUSTODY AND BRING HIM BEFORE THE COURT

**THIS CAUSE** comes before the court upon its own motion. It is hereby,

**ORDERED** and **ADJUDGED** that:

1.      Thomas Pearl's pretrial release is **REVOKED**.

2.      The United States Marshals Service shall take Mr. Pearl into custody and bring him

before the court as soon as possible.

      **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this _____ day of July,

2000.

                      Daniel T.K. Hurley
                      United States District Judge

copies furnished to:
Bruce Reinhart, AUSA
Robert Gershman, Esq.
The United States Marshals Service