

NIGHT BOX
FILED

JUL 1 2 2000

CLERK, USDC / SDFL / WPB

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 00-8037-CR-HURLEY |
| Plaintiff, ) | Magistrate Judge Vitunac |
| vs. ) | |
| THOMAS PEARL, ) | |
| Defendant ) | |

### DEFENDANT'S MOTION TO CONTINUE PLEA CONFERENCE

Defendant, **Thomas Pearl,** through the undersigned "provisional" counsel, requests this Honorable Court to continue his plea conference. As grounds, he states:

1. The undersigned is in the process of representing the Defendant in this cause. A stipulated substitution of counsel motion has been forwarded for Mr. Gershman to sign, and once signed, it will be filed with the court for its approval.

2. The undersigned is out of town until Monday, July 17, 2000.

3. The undersigned has entered into a retainer agreement with Defendant.

4. The undersigned has attached Exhibit "A," which is a letter from Defendant, explaining his failure to appear at the plea conference and his failure to appear at a status conference on July 12, 2000. Defendant prepared this letter on his own accord.

5. The undersigned has a good faith basis to believe that Defendant did not willfully

refuse any order of this Court.

6. Pursuant to local rules, the undersigned has attempted to contact AUSA Bruce Rhinehart about this issue, but because of the time factor, has not received a response. The undersigned, however, spoke with Mr. Rhinehart about possibly representing Mr. Pearl on July 7, 2000.

**WHEREFORE,** Defendant respectfully requests this Court to grant his Motion to Continue the plea conference for at least (30) thirty days.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to: Bruce Rhinehart, Esq., Assistant United States Attorney, 500 Australian Avenue, Suite 400, West Palm Beach, FL 33401, by U.S. Mail / hand-delivery / facsimile, on this 12 day of July, 2000.

Respectfully submitted,

VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
250 Australian Avenue South, Suite 1401
West Palm Beach, FL 33401
(561) 687-3200

Fla Bar No. 047661

Counsel for Defendant (this motion only)

2

e sort of hearing, but my
issued for my arrest, but I

ie night before the hearing I
nd alcohol. I was despondent
I. I was sexually molested for
tation in jail. After the suicide
ased Monday evening, 7/10/00.

ew attorney, but has was offended
ershman has received $25,000 from
o has nothing of substance from him
it I could not at that time because Mr.

Gershman, never sat down with me and
ount of time to review the evidence. I felt
trying to commit suicide. In fact, I spoke
uicide, and he said "is it safe to assume that
mmitted suicide. Why haven't you done it
to respond to my house after he realized that

Rodriguez, to take over this case and to review
st interest. I am asking for an additional (30) days
guez is preparing a stipulation for substitution of

EXHIBIT A