

*[Handwritten note: "Granted Kenneth L. Ryskamp / US Mag Judge / WPB 13 July 00"]*

ROBERT GERSHMAN, ESQ.
JUL 1 3 2000
RECEIVED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 00-8037-CR-HURLEY |
| Plaintiff, ) | Magistrate Judge Vitunac |
| vs. ) | |
| THOMAS PEARL, ) | |
| Defendant ) | |

## STIPULATION FOR SUBSTITUTION OF COUNSEL

Defendant, **Thomas Pearl**, through the undersigned counsel, hereby files this his Stipulation for Substitution of Counsel, and requests that this Court enter an Order of Substitution of Counsel, thereby relieving attorney Robert Gershman of responsibility in this case, and requiring that all pleadings and documents be sent to new counsel, Valentin Rodriguez.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to: Bruce Rhinehart, Esq., Assistant United States Attorney, 500 Australian Avenue, Suite 400, West Palm Beach, Fl. 33401, by U.S. Mail / hand-delivery / facsimile, on this _13_ day of July, 2000.

Respectfully submitted this 12 day of July, 2000,

_____
VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
250 Australian Avenue South, Suite 1401
West Palm Beach, FL 33401
(561) 687-3200
(5610 655-9325 (fax)

Fla Bar No. 047661

_____
ROBERT GERSHMAN, ESQ.
Gershman & Goldstein, P.A.
1675 Palm Beach Lakes Blvd.
West Palm Beach, FL 33041
(561) 684-8898
(561) 684-8820 (fax)

Fla. Bar No. 917397

2