UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:00-8037-CR-HURLEY/JOHNSON



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS PEARL,

    Defendant.
_____/

## ORDER MODIFYING CONDITIONS OF BOND

THIS CAUSE, having come before this Honorable Court on a Status Re: Competency hearing of the Defendant, Thomas Pearl, and the Court being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Defendant is hereby RELEASED on same conditions as previously set by the court with the following additional conditions: Defendant must report daily to United States Pretrial Service and is permitted to reside with Ruth Southerland at 710 Oklawaha Street, Jupiter, Florida 33458 and must not move without prior notification from United States Pretrial Service. Defendant is permitted to live at his residence in West Palm Beach only when family members visit. Defendant must participate in mental health counselling as directed by United States Pretrial Service.

IT IS FURTHER ORDERED AND ADJUDGED that all conditions previously set by the court, remains in full force and effect.

USA VS. THOMAS PEARL
00-8037-CR-HURLEY/JOHNSON

DONE AND ORDERED in West Palm Beach, Florida this __19__ day of __July__, 2000.

_____
ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

C:  Valentin Rodriguez, Esquire
    United States Attorney (Bruce Reinhart)
    United States Marshal Service
    United States Pretrial Service (Joan Balis)