PS 8
(8/88)

# UNITED STATES DISTRICT COURT

## for the

## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs. Thomas Pearl                                     Docket No. 00-8037-CR-Hurley

Petition for Action on Conditions of Pretrial Release

      COMES NOW Nancy Colón for Joan Balis, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Thomas Pearl, who was placed under pretrial release supervision by the Honorable Linnea R. Johnson sitting in the Court at West Palm Beach, FL, on March 31, 2000, under the following conditions:

> Report to Pretrial Services once a week by telephone. Surrender travel documents to defense attorney. Maintain employment. Avoid all contact (verbally, physically, or by pictures) with minor children that could be viewed as pornographic. Do not frequent locations or businesses that attract children, such as schools or playgrounds. Avoid internet pornographic sites. Defense attorney was to notify girlfriend of the details of this case.

On July 18, 2000 at a hearing before Honorable Ann E. Vitunac was held and his conditions were modified to include the following additional conditions:

> Defendant must reside with Ms. Sutherland (third party custodian) and if he wants to stay with relatives at his apartment, he must notify Pretrial Services and get approval. Defendant must attend mental health counseling as directed by Pretrial Services. Report to Pretrial Services daily by phone. No internet access.

      Respectfully presenting petition for action of Court and for cause as follows:
          (if short insert here; if lengthy write on separate sheet and attach)

The defendant has failed to move to Ms. Sutherland's residence, who is acting in the capacity of third party custodian. Ms. Sutherland reports that although the defendant is sleeping at her residence, he has not moved any of his belongings to her home.

PRAYING THAT THE COURT WILL ORDER that a warrant for the defendant's arrest be issued and that a hearing be held to determine if the defendant's bond should be revoked.

ORDER OF COURT

Considered and ordered this  14  day of August, 2000 and ordered filed and made a part of the records in the above case.

_____
Honorable Ann E. Vitunac
U.S. Magistrate Judge

Respectfully,

_____
Joan Balis,
Senior U.S. Pretrial Services Officer

Place: West Palm Beach, FL

Date: August 14, 2000



# MEMORANDUM

To: Honorable Ann E. Vitunac
U.S. Magistrate Judge

From: Joan Balis, Senior
U.S. Pretrial Services Officer

Re: Pearl, Thomas
Case #00-8037-CR-Hurley

Date: August 7, 2000

**Present Court Status:**

The defendant is charged with transporting child pornography by computer. On March 31, 2000, Chief U.S. Magistrate Judge Linnea R. Johnson released the defendant on a $100,000 personal surety bond with the following special conditions:
> Report to Pretrial Services once a week by telephone. Surrender travel documents to defense attorney. Maintain employment. Avoid all contact (verbally, physically, or by pictures) with minor children that could be viewed as pornographic. Do not frequent locations or businesses that attract children, such as schools or playgrounds. Avoid internet pornographic sites. Defense attorney was to notify girlfriend of the details of this case.

A warrant was signed by District Judge Daniel T. K. Hurley on July 12, 2000, after the defendant attempted suicide. The defendant surrendered on the warrant on July 13, 2000. The bond was modified by Your Honor on July 13, 2000 and the following conditions were added:
> Report daily to Pretrial Services by telephone and in person as directed. Attend counseling at 45th Street as required. Father must be with the defendant at all times, except when he is at work. Father is to transport the defendant to and from work.

1

Pearl, Thomas

Another status hearing was held on July 18, 2000, before Your Honor. The bond was modified as follows:
> The defendant is permitted to reside with Ruth Southerland at 710 Oklawaha Street in Jupiter, FL, and is not permitted to move without prior notification from Pretrial Services. The defendant is permitted to live at his residence in West Palm Beach only when family members visit. The defendant must participate in mental health counseling as directed by Pretrial Services. All other conditions remain in effect.

This case is set for the October trial calendar before District Judge Daniel T K. Hurley.

**Nature of Violation:**

As Your Honor is aware, the defendant attempted suicide prior to his change of plea hearing which was set for July 6, 2000. After the two status hearings, the defendant was allowed to remain on bond. He was ordered to reside with a family friend, who was acting in the capacity of a third party custodian. Ms. Southerland reports that although the defendant is sleeping at her residence, he has not moved any of his personal belongings, including his clothing, to her home. She notes the defendant leaves the residence each morning prior to 7:00am to return to his apartment in West Palm Beach so he can shower and change his clothes there. He remains out of her residence most of the day looking for employment. He reportedly tried to convince her to let him spend the night at the apartment one night last week, but she refused. She is concerned as she thought she was required to accompany the defendant when he left her residence. He is not allowing her to do so. She also reported that she overheard the defendant tell a friend that he would kill himself after paying off his debt to his sister. When she confronted him on this, he told her he was not serious.

The defendant has been referred to Compass Health Systems for mental health counseling and is scheduled for weekly sessions. He has made his appointments as required. Dr. Cynthia Theiss indicated the defendant appeared in good spirits at the time of his initial evaluation on July 25, 2000. However, she acknowledged that the defendant does have some dark moments and his mood may change if he feels people are against him. He also expressed a fear of molestation if he is incarcerated.

**Supervision Adjustment:**

The defendant is reporting by telephone daily. He is seeking employment as an accountant. Routine record checks have not revealed any new arrests or outstanding warrants.

2

Pearl, Thomas

**Recommendation:**

Pretrial Services is requesting that a status hearing be held to clarify if Ms. Southerland is required to accompany the defendant on all trips outside the home and if the defendant is required to move his belongings to her home, rather than just sleep there.

Respectfully Submitted,

*Joan Balis*
Joan Balis, Senior
U.S. Pretrial Services Officer

cc:  Honorable Daniel T. K. Hurley
     U.S. District Judge
     Honorable Linnea R. Johnson
     Chief U.S. Magistrate Judge
     Bruce Reinhart, AUSA
     Valentin Rodriguez, Esq.
     File