UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 00-8037-CR-HURLEY |
| ) | |
| Plaintiff, ) | Magistrate Judge Vitunac |
| vs. ) | |
| ) | |
| THOMAS PEARL ) | |
| ) | |
| Defendant. ) | |
| _____/ | |

## DEFENDANT'S REQUEST FOR MODIFICATION OF RESIDENCE AS CONDITION OF PRE-TRIAL RELEASE

Defendant, **THOMAS PEARL**, through counsel, hereby files this his Request for Modification of Residence as Condition of his Pre-trial Release. As grounds, he states:

1. The current location of Defendant's residence is not suitable for him for a variety of reasons, which can be disclosed more fully at a hearing on the matter. For example, all of Defendant's possessions do not adequately fit at his new residence.

2. Defendant is now gainfully employed after several months of searching for work.

3. John McBride, who lives at 1318 Periwinkle Place, in Wellington, Florida, has agreed to allow Defendant to move in with him, and has allowed him to bring all his possessions to his residence. Mr. McBride understands the unique situation of this case and has agreed to supervise Mr. Pearl where necessary.

**WHEREFORE,** Defendant Thomas Pearl respectfully requests that he be permitted to change his residence, and therefore modify a condition of his pre-trial release.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to: Bruce Reinhart, Esq., Assistant United States Attorney, 500 Australian Avenue South, Suite 400, West Palm Beach, FL 33401, by U.S. Mail / hand-delivery / facsimile, on this __17__ day of August, 2000.

Respectfully submitted,

_____
VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
250 Australian Avenue South, Suite 1401
West Palm Beach, FL 33401
(561) 687-3200 /(561) 655-9325 (facsimile)
Fla Bar No. 047661

Counsel for Defendant

2