# United States District Court
## Southern District of Florida

United States of America  Case# _CC-8037-CR-HURLEY_
Vs

_PEARL, THOMAS_  Prisoner #_55727/004_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To Clerk's Office, United States District Court: (Circle One)

MIAMI      FT. LAUDERDALE      (WEST PALM BEACH)      FT PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST _8/17/00_
2) LANGUAGE(S) SPOKEN _ENGLISH_
3) OFFENSE(S) CHARGED _PRETRIAL RELEASE VIOLATION_
4) U.S. CITIZEN [✓] YES      [ ] NO      [ ] UNKNOWN
5) DATE OF BIRTH _3/23/59_
6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT      [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [✓] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

CASE # _00-8037-CR-HUR_
ORIGINATING DISTRICT _S/FL_
COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES   [ ] NO
7) AMOUNT OF BOND ___—___ WHO SET BOND ___—___
8) ARRESTING AGENT _BRIAN C. KELLY_ DATE _8/17/00_
9) AGENCY _USMS_      PHONE _(561) 655-1387_
10) REMARKS _____