UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,)
)  Case No. 00-8037-CR-HURLEY
)
Plaintiff,         )  Magistrate Judge Vitunac
vs.                       )
)
THOMAS PEARL,      )
)
Defendant    )
_____/

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF PLEA CONFERENCE

Defendant, **Thomas Pearl**, through counsel, hereby files this his Unopposed Motion for Continuance of the Plea Conference in this case. As grounds, he states:

1. The plea conference in this case is set for Friday, November 17, 2000, at 9:00 am.

2. On or about August 3, 2000, Magistrate Judge Vitunac ordered that there be a psychiatric examination of Mr. Pearl prior to him entering a guilty plea in this case.

3. The undersigned has tried in vain over the last two months to schedule an appointment with Defendant's psychiatrist, Dr. John P. Schosheim, of the Psychological and Psychiatric Associates of Boca Raton.

4. Dr. Schosheim expressed to the undersigned several times, despite assurance of payment from the federal government, that he would not even schedule an appointment for Mr. Pearl without a prepayment for the examination. Apparently this is not possible.

5.  As a result, the undersigned is attempting to arrange for a psychiatric evaluation through U.S. Pretrial Services with Compass Health Care Systems, based in Palm Beach Gardens.

6.  As the burden of the psychiatric examination is on the federal government, Assistant U.S. Attorney Bruce Rhinehart has no objection to this motion for continuance based on the aforementioned grounds.

**WHEREFORE,** Defendant respectfully requests this Court to grant his Unopposed Motion to Continue the plea conference in this case, and to re-schedule the plea conference in three (3) weeks in order to complete the psychiatric examination.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to: Bruce Rhinehart, Esq., Assistant United States Attorney, 500 Australian Avenue S., Suite 400, West Palm Beach, FL 33401, by U.S. Mail / hand-delivery / facsimile, on this 15 day of November, 2000.

Respectfully submitted,

VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
318 Ninth Street
West Palm Beach, FL  33401
(561) 832-7510
(561) 514-0610 (facsimile)
Fla Bar No.  047661

Counsel for Defendant Pearl