## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,)
)
    Plaintiff, )
vs. )
)
**THOMAS PEARL,** )
)
    Defendant )
_____/

Case No. 00-8037-CR-HURLEY

Magistrate Judge Vitunac

### DEFENDANT'S MOTION TO SET PLEA CONFERENCE

Defendant, **Thomas Pearl,** through counsel, hereby files this his Motion to Set Plea Conference in this case. As grounds, he states:

1. The plea conference in this case was postponed due to the necessity for Defendant to have a court-order psychiatric evaluation to determine whether Defendant is competent to proceed.

2. Dr. Susan Lafehr Hession, of Mental Health Services, Inc., completed a report on Defendant's competency to proceed, on or about January 24, 2001. That report has been filed under seal and provided to the Government.

**WHEREFORE,** Defendant respectfully requests this Court to grant his Motion to Set a Plea Conference in this case.



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to: Bruce Rhinehart, Esq., Assistant United States Attorney, 500 Australian Avenue S., Suite 400, West Palm Beach, FL 33401, by U.S. Mail / hand-delivery / facsimile, on this ___9___ day of February, 2001.

Respectfully submitted,

_____
VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
318 Ninth Street
West Palm Beach, FL 33401
(561) 832-7510
(561) 514-0610 (facsimile)
Fla Bar No. 047661

Counsel for Defendant Pearl