UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, )
)  Case No. 00-8037-CR-HURLEY
)
Plaintiff, )  Magistrate Judge Vitunac
vs. )
)
THOMAS PEARL )
)
Defendant. )
_____/

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF PLEA CONFERENCE

Defendant, **Thomas Pearl**, through counsel, hereby files this his Unopposed Motion for Continuance of the Plea Conference in this case. As grounds, he states:

1. The plea conference in this case is set for Friday, March 16, 2001.

2. Counsel for Defendant will be out of town on that date and has purchased non-refundable tickets for that trip.

3. Counsel for Defendant requests a sentencing date of March 23rd or March 30th, or any time prior to March 16, 2001.

4. Pursuant to local rules, the undersigned has contacted Assistant U.S. Attorney Bruce Reinhart, who has stated that he has no objection to this motion for continuance based on the aforementioned grounds.

**WHEREFORE,** Defendant respectfully requests this Court to grant her Unopposed Motion to Continue the plea conference in this case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to: Bruce Reinhart, Esq., Assistant United States Attorney, 500 Australian Avenue S., Suite 400, West Palm Beach, FL 33401, by U.S. Mail / hand-delivery / facsimile, on this _20_ day of February, 2001.

Respectfully submitted,

VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
318 Ninth Street
West Palm Beach, FL 33401
(561) 832-7510
(561) 514-0610 (facsimile)
Fla Bar No. 047661

Counsel for Defendant