# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CASE NO. 00-8037-CR-HURLEY |
| ) | |
| Plaintiff, ) | Magistrate Judge Vitunac |
| ) | |
| vs. ) | |
| ) | |
| **THOMAS PEARL** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF UNAVAILABILITY

The undersigned, Valentin Rodriguez, who is counsel for Defendant, **Thomas Pearl**, hereby files this his Notice of Unavailability for the following time period:

**May 24-25, 2001; June 6-13, 2001 (college reunion); and July 12-19, 2001.**

Therefore, the undersigned respectfully requests that no motions, hearings, depositions, or trials be scheduled during this time period, and hereby moves for a continuance if any are so set.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to: Bruce Reinhart, Esq., Assistant United States Attorney, 500 Australian Avenue S., Suite 400, West Palm Beach, FL 33401, by U.S. Mail/ hand-delivery/ facsimile, on this ___15th___ day of March, 2001.

Respectfully submitted,

*/s/ Val*

Valentin Rodriguez, Esq.
VALENTIN RODRIGUEZ, P.A.
318 Ninth Street
West Palm Beach, FL 33401
Fla Bar No. 047661
(Federal Trial Bar)
(561) 832-7510
(561) 514-0610

Counsel for Defendant Thomas Pearl