FILED

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,) | Case No. 00-8037-CR-HURLEY |
| Plaintiff, ) | Magistrate Judge Vitunac |
| vs. ) | |
| THOMAS PEARL, ) | |
| Defendant ) | |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRETRIAL SENTENCING REPORT

Defendant, **Thomas Pearl,** through counsel, hereby files this his Motion for Extension of Time to File Objections to the Pretrial Sentencing Report. As grounds, he states:

1. The Objections are currently due on August 3, 2001.

2. Defendant is scheduled to be sentenced on Friday, August 24, 2001, at 2:30 p.m.

3. The legal issues regarding the appropriate guidelines are requiring extended research.

4. In addition, Defendant wants to incorporate the report from Dr. Susan LaFehr Hession, who has prepared an extensive psycho-sexual/psychometric evaluation, into his motion for downward departure.

5. The undersigned needs until at least August 14, 2001, to complete the Objections, which will give U.S. Probation ten (10) days to file a response.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to: Bruce Rhinehart, Esq., Assistant United States Attorney, 500 Australian Avenue S., Suite 400, West Palm Beach, FL 33401, and Patricia A. Borah, U.S. Probation, 501 South Flagler Drive, Room 400, West Palm Beach, FL 33401, by U.S. Mail / hand-delivery / facsimile, on this _9_ day of August, 2001.

Respectfully submitted,

_____
VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
318 Ninth Street
West Palm Beach, FL  33401
(561) 832-7510
(561) 514-0610 (facsimile)

Fla Bar No.  047661

Counsel for Defendant Pearl
