BER/ber

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 00-8037-CR-Hurley\Vitunac

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THOMAS PEARL,

        Defendant,

_____/

## MOTION TO CONTINUE SENTENCING

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and moves this Honorable Court to continue the portion of the sentencing hearing relating to defendant's Motion for Downward Departure based on diminished capacity and aberrant behavior. The sentencing hearing is now scheduled for Friday, August 24, 2001, at 9:30 a.m. In support of this motion, the Government states:

1. On August 16, 2001, Defendant has filed a Motion for Downward Departure which relies, in part, on a mental evaluation of the defendant conducted by Dr. Susan LaFehr

      Hession. Dr. Hession's report was not provided to the United States until August 21, 2001.

2. In the Motion for Downward Departure, defendant raises the claim that he had diminished capacity at the time of the offense and that his offense conduct was aberrant behavior. Prior to receiving this motion, the United States was not aware that Defendant would seeking a downward departure on these grounds.

3. The United States has not had sufficient notice to obtain its own psychiatric evaluation of the defendant.

4. The defendant has raised other objections to the presentence report which will require extensive testimony and argument. These other issues are ripe for decision. Both parties are prepared to address these issues at the currently scheduled sentencing hearing.

5. The United States requests that the Court continue the portion of the sentencing relating to the Motion for Downward Departure based on diminished mental capacity and aberrant behavior, so that the Government can fairly respond to the motion.

6.  Defense counsel has no objection to proceeding in this fashion.

> Respectfully Submitted,
>
> GUY A. LEWIS
> UNITED STATES ATTORNEY
>
> By: *(signature)*
> BRUCE E. REINHART
> ASSISTANT U.S. ATTORNEY
> ADMIN. NO. A5500285
> 500 Australian Avenue, Suite 400
> West Palm Beach, FL 33401
> (561) 820-8711, Ext. 3036
> (561) 820-8777 (FAX)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Continue Sentencing was served on August 23, 2001 to Valentin Rodriguez, Esq., 318 9th Street, West Palm Beach, Florida, 33401.

*(signature)*
BRUCE E. REINHART
ASSISTANT UNITED STATES ATTORNEY