UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-8037-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS PEARL,

    Defendant.
_____/



## GOVERNMENT'S MOTION FOR PSYCHIATRIC EVALUATIONS OF DEFENDANT

The United States, by and through the undersigned Assistant United States Attorney, hereby files this Motion for Psychiatric Evaluation of defendant Thomas Pearl. The government is seeking an order requiring psychiatric evaluation of the defendant in response to his Motion for Downward Departure. The United States is seeking these orders pursuant to Title 18, United States Code, Sections 3552(c), 4244(b), and 4247(b). In support of this Motion, the government hereby states the following:

    1.    Defendant Thomas Pearl has pled guilty to possession of child pornography. He is being detained pending sentencing.

    2.    A pre-sentence investigation has been prepared, and Pearl has filed a Motion for Downward Departure. This Motion is based, in part, on an evaluation of Pearl by Susan L. Hession, Ph.D. Pearl's Motion for Downward Departure relies on Dr. Hession's evaluation as support for a finding that Pearl had diminished capacity at the time of the offense, and that the

offense, whether his offense was an act of aberrant conduct, and whether he is amenable to a course of psycho-sexual treatment.

Respectfully Submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: BRUCE E. REINHART
ASSISTANT U.S. ATTORNEY
ADMIN. NO. A5500285
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401
(561) 820-8711, Ext. 3036
(561) 820-8777 (FAX)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered via mail this 27th day of August, 2001, to Valentin Rodriguez, Esq.:

BRUCE E. REINHART
ASSISTANT U.S. ATTORNEY

3