```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA


United States of America, )    Case No.
                          )    00-8037-CR-HURLEY
           Plaintiff,     )
                          )
      -v-                 )
                          )
Thomas Patrick Pearl,     )
                          )
           Defendant.     )    West Palm Beach, Florida
                          )    August 24, 2001
_____)


          TRANSCRIPT OF SENTENCING PROCEEDINGS

       BEFORE THE HONORABLE DANIEL T.K. HURLEY

                  U.S. DISTRICT JUDGE


Appearances:

For the Government        Bruce E. Reinhart, AUSA
                          500 Australian Avenue, Suite 400
                          West Palm Beach, FL   33401

For the Defendant         Valentin Rodriguez, Jr., ESQ.
                          318 9th Street
                          West Palm Beach, FL   33401

Reporter                  Stephen W. Franklin, RPR, CRR
(954)769-5475             Official Court Reporter
                          299 East Broward Blvd., Suite 207B
                          Fort Lauderdale, Florida   33301
```