UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 00-8037-CR-HURLEY |
| ) | |
| Plaintiff, ) | Magistrate Judge Vitunac |
| vs. ) | |
| ) | |
| THOMAS PEARL, ) | |
| ) | |
| Defendant ) | |

### DEFENDANT'S MOTION FOR TRANSPORTATION
### TO HAVE MENTAL EXAMINATION

Defendant, **Thomas Pearl,** through counsel, hereby files this his Motion for Transportation to Have a Mental Examination. As grounds, he states:

1. This Court ordered on or about August 30, 2001, that Defendant undergo a pre-sentence mental examination.

2. Over sixty days has passed without Defendant being transported to the appropriate facilities for the mental examination.

3. Defendant's case has been pending since March 2000. Defendant has remained incarcerated at the Palm Beach County Jail since August 2000. Defendant has not yet received a mental examination.

4. This Court via the courtroom deputy called to inquire about the status of the mental examination and whether Defendant was ever transported for the examination.

**WHEREFORE,** Defendant respectfully requests that he be transported expeditiously and that the mental examination also take place expeditiously.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to: Bruce Rhinehart, Esq., Assistant United States Attorney, 500 Australian Avenue S., Suite 400, West Palm Beach, FL 33401, and Patricia A. Borah, U.S. Probation, 501 South Flagler Drive, Room 400, West Palm Beach, FL 33401, by U.S. Mail / hand-delivery / facsimile, on this ___ day of November, 2001.

Respectfully submitted,

VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
318 Ninth Street
West Palm Beach, FL 33401
(561) 832-7510
(561) 514-0610 (facsimile)

Fla Bar No. 047661

Counsel for Defendant Pearl