UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,)
)  Case No. 00-8037-CR-HURLEY
)
Plaintiff, )  Magistrate Judge Vitunac
vs. )
)
THOMAS PEARL, )
)
Defendant )
_____/

## DEFENDANT'S MOTION TO SET ONE HOUR SENTENCING HEARING

Defendant, **Thomas Pearl,** through counsel, hereby files this his Motion to Set a One Hour Sentencing Hearing. As grounds, he states:

1. This Court ordered, on or about August 30, 2001, that Defendant undergo a pre-sentence mental examination.

2. Defendant was transported for that evaluation some time in October 2001, and has been at the Federal Detention Center since that time.

3. The undersigned has a good faith belief that the court-ordered evaluation of Defendant has already been completed. The undersigned provided any necessary paperwork to the evaluators in December 2001, at which time they indicated that their reports were almost ready.

4. Defendant's case has been pending since March 2000. Defendant has remained incarcerated since August 2000. Defendant is anxious to be sentenced and to present

arguments at a one hour sentencing hearing.

5. Dr. Susan LaFehr Hession will testify at Defendant's sentencing hearing.

**WHEREFORE**, Defendant Thomas Pearl respectfully requests that this Court set a sentencing hearing to last at least one hour.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to: Bruce Rhinehart, Esq., Assistant United States Attorney, 500 Australian Avenue S., Suite 400, West Palm Beach, FL 33401, and Patricia A. Borah, U.S. Probation, 501 South Flagler Drive, Room 400, West Palm Beach, FL 33401, by U.S. Mail / hand-delivery / facsimile, on this 29 day of January, 2002.

Respectfully submitted,

VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
318 Ninth Street
West Palm Beach, FL 33401
(561) 832-7510
(561) 514-0610 (facsimile)

Fla Bar No. 047661

Counsel for Defendant Pearl